UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Shawndese Libscumb<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:24–cv–03411 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| City Of Houston, et al.<br>Defendant. | §<br>§ | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 1/8/2025, has been RESET as follows:

Wednesday, March 5, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002